**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

|  |  |
|---|---|
| JERRY W. GRIFFITH | : |
|           **Plaintiff,** | :       **CIVIL ACTION** |
|  | : |
|    v. | : |
|  | : |
| EDWARD W. MENCH, JR., Individually | : |
| and as Chief of Police, Laurendale Police | : |
| Department; THOMAS LINK, Individually | : |
| and as an Officer of the Laurendale Police | :       **NO.  02-3543** |
| Department; and, BOROUGH OF | : |
| LAURENDALE | : |
|           **Defendants.** | : |
|  | : |

---

## O R D E R

**AND NOW**, this 6th day of August, 2002, upon consideration of the Motion to Dismiss by all Defendants Pursuant to Federal Rule of Civil Procedure 12 (Document No. 6, filed July 15, 2002), following a Preliminary Pretrial Conference on August 6, 2002, plaintiff having agreed during the Conference to file an Amended Complaint from which he will delete all non-meritorious claims, and the Court having granted plaintiff leave to file and serve an Amended Complaint on or before September 6, 2002, **IT IS ORDERED** that, in accordance with the discussion at the Preliminary Pretrial Conference with respect to defendants' Motion to Dismiss, the Motion to Dismiss by all Defendants Pursuant to Federal Rule of Civil Procedure 12 is **MARKED WITHDRAWN WITHOUT PREJUDICE**.

                              **BY THE COURT:**

                              _____

                              **JAN E. DUBOIS, J.**