IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY W. GRIFFITH | : | |
|           Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EDWARD W. MENCH, JR., Individually and as Chief of Police, Laurendale Police Department; THOMAS LINK, Individually and as an Officer of the Laurendale Police Department; and, BOROUGH OF LAURELDALE | : | NO. 02-3543 |
|           Defendants. | : | |

**O R D E R**

**AND NOW**, this 11th day of December, 2002, the Court having approved on December 10, 2002, a Stipulation dismissing the action against defendants, Edward W. Mench, Jr., and Thomas Link, and the remaining parties, Jerry W. Griffith, plaintiff, and Borough of Laureldale, defendant, having thereafter reported the case settled, upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, IT IS ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs.

                                                      BY THE COURT:

                                                      _____
                                                         JAN E. DUBOIS, J.